AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America
v.
**Francisco Javier BOCANEGRA-Malagon**

Case No.

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 22, 2026** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in Laredo, Texas the said Defendant having not obtained the consent of the United States Attorney General (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about August 22, 2026 the defendant Francisco Javier BOCANEGRA-Malagon was apprehended in Laredo, Texas. After a brief interview it was determined that, Francisco Javier BOCANEGRA-Malagon was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Francisco Javier BOCANEGRA-Malagon was previously REMOVED from the United States on 06/26/2024 at Laredo, Tx. There is no record that Francisco Javier BOCANEGRA-Malagon has applied for or received permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Juan R. Botello-Jr

*Complainant's signature*

Juan R. Botello-Jr, Border Patrol Agent

*Printed name and title*

Sworn to before me and signed in my presence,

Date: August 24, 2026

*Judge's signature*

City and state: Laredo, Texas

Christopher dos Santos, U.S. Magistrate Judge

*Printed name and title*